**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SARDOR ILGORJON UGLI TUKHTAEV** **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, FIELD OFFICE DIRECTOR OF THE PHILADELPHIA ERO FIELD OFFICE, TODD LYONS, MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI** **Respondents.** | **NO.  26-CV-1969** |

## O R D E R

**AND NOW**, this 26th day of March, 2026, upon consideration of Petitioner Sardor Tukhtaev's Petition for Writ of Habeas Corpus (ECF No. 1) and Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2), **IT IS HEREBY ORDERED** that:

1.  Petitioner shall make immediate and proper service of the Petition (ECF No. 1) and this Order on all Respondents.

2.  Respondents shall not transfer Petitioner without further order of the Court.

3.  Respondents **SHALL RESPOND** to the Petition on or before **Monday, March 30, 2026**.

**IT IS FURTHER ORDERED** that a hearing on Petitioner's Motion for Temporary Restraining Order shall take place on **Monday, April 6 at 2 p.m.** in Courtroom 10-A of 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

__ s/Wendy Beetlestone_____
**WENDY BEETLESTONE, C.J.**