## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SARDOR ILGORJON UGLI TUKHTAEV** <br> **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, et al.** <br> **Respondents.** | **NO.  26-CV-1969** |

## O R D E R

**AND NOW**, this 1st day of April, 2026, in light of Respondents' Notice that Petitioner Tukhtaev has been released (ECF No. 9), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned case and mark it as **CLOSED**.

BY THE COURT:

S/ **WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**